In the Matter of JOSEPH F. KELLY, Respondent, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

(Argued March 16, 1932; decided March 31, 1932.)

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly, Henry J. Shields* and *Cornelius Bregoff* of counsel), for appellant.

*Austin B. Mandel* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.